JUDGE BUCHWALD    '08 CIV 5246

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RYAHN KHAN, an infant by his mother and natural           Docket No.:
Guardian DR. TEHMINA HAQUE, and DR. TEHMINA
HAQUE individually,

                                                          RULE 7.1 DISCLOSURE
                   Plaintiffs,                          STATEMENT

      -against-

AMERICAN AIRLINES, INC.

                   Defendant,
----------------------------------------------------------------X

     I, David S. Rutherford, attorney for defendant, AMERICAN AIRLINES, INC., having filed an initial pleading in the above-captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure identifying any corporate parents, subsidiaries or affiliates of defendants.

| | |
|---|---|
| AMR CORPORATION | AMR TRAINING & CONSULTING GRP |
| AMERICAN AIRLINES FOUNDATION | EAGLE AVIATION LEASING, INC. |
| AURORA INVESTMENTS, INC. | FLAGSHIP AIRLINES, INC. |
| AMR LEASING CORPORATION | EXECUTIVE AIRLINES, INC. |
| AMR POLSKIE USLUGI LOTNISKOWE | MIAMI INTL APT CARGO FACILITY |
| AMR RUNWAY TECHNOLOGIES, INC. | AMR SERVICES SECURITY SERVICE |
| WINGS WEST AIRLINES, INC. | AMR RUNWAY TECHNOLOGIES, INC. |
| SIMMONS AIRLINES, INC. | AMRS FRANCE HOLDING COMPANY |
| AMR SERVICES CORPORATION | SABRE EUROPA, INC. |
| SOCIETE DE FRET ET DE SVCS | SABRE GROUP, INC. |
| AMR SERVICES & LOGISTICS CO. | ENCOMPASS HOLDING, INC. |
| AURORA AIRLINE INVESTMENTS | AMRIS TRAINING SIMULATIONS |
| EAGLE AVIATION LEASING, INC. | AVION ASSURANCE LTD. |
| EAGLE AVIATION SERVICES, INC. | AMR VENTURES, III, INC. |
| CARIBBEAN DATA SERVICES, LTD. | ARM SERVICES DEUTSCHLAND GmbH |
| AMRIS INTERNATIONAL, INC. | INTERNATIONAL GROUND SERVICES |
| TELESERVICE RESOURCES, INC. | AMR SERVICES (UK) LIMITED |
| INVENTORY SUPPORT, INC. | C.R. SMITH MUSEUM FOUNDATION |

AMR LEASING CORP.  
AMR VENTURES III, INC.  
DFW TERMINAL CORP.  
AMR SLOT HOLDING, INC.  
SST HOLDING, INC.  
SST FINANCE, INC.  

TWO FLAGS LIMITED  
CARGO SERVICES, INC.  

Dated: New York, New York  
June 9, 2008  

Respectfully submitted,

**RUTHERFORD & CHRISTIE, LLP**

By: _____  
David S. Rutherford (DR 8564)  
Attorneys for Defendant,  
AMERICAN AIRLINES, INC.  
369 Lexington Avenue, 8th Floor  
New York, New York 10017  
(212) 599-5799  
Our File No.:3748.324  

TO: Law Offices of Kenneth M. Mollins, P.C.  
Attorneys for Plaintiffs  
425 Broadhollow Road, Suite 205  
Melville, New York 11747  
(631) 608-4100

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that copies of DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT were served via regular mail to Law Offices of Kenneth M. Mollins, P.C., Attorneys for Plaintiffs, 425 Broadhollow Road, Suite 205, Melville, New York 11747, on the 9th day of June, 2008.

RUTHERFORD & CHRISTIE, LLP

By: _____
David S. Rutherford (DR 8564)
Attorneys for Defendant,
AMERICAN AIRLINES, INC.
369 Lexington Avenue, 8th Floor
New York, New York 10017
(212) 599-5799
Our File No.: 3748.324